IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

RECO JAVON GRAHAM,

      Appellant,

  v.

Case No.  5D23-14
LT Case No. 16-2019-CF-003584

STATE OF FLORIDA ,

      Appellee.

_____/

Decision filed February 28, 2023

Appeal from the Circuit Court
for Duval County,
Meredith Charbula, Judge.

Rachael E. Reese, of O'Brien
Hatfield Reese, P.A., Tampa, for
Appellant.

Ashley Moody, Attorney General,
and Zachary F. Lawton, Assistant
Attorney General, Tallahassee, for
Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and SOUD, JJ., concur.